UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN A. COBUZZI,

                      Plaintiff,

  -against-

WILFRED BALLISTER and FEDEX CUSTOM
CRITICAL, INC.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/20/2023__

22-CV-2844 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within ninety (90) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 90 days with a request that the agreement be "so ordered" by the Court.

Dated:   November 20, 2023
        White Plains, New York

                             SO ORDERED:

                         _____
                            NELSON S. ROMÁN
                     United States District Judge